# UNITED STATES DISTRICT COURT
## Middle District of Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ROMERO BOSTON | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No. 3:24-cr-00108<br>USM No. 18307-027<br><br>Jack Byrd<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) __1 - 7__ of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Commiossion of a state crime | 08/03/2024 |
| 2 | Failure to pass blood-alcohol or breathalyzer testing | 09/19/2024 |
| 3 | Failure to participate in substance abuse and/or mental health treatment | 09/12/2024 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Violation Number(s) _____ are dismissed upon the Government's motion.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 0557

Defendant's Year of Birth: 1979

City and State of Defendant's Residence:
South Bend, Indiana

06/02/2025
Date of Imposition of Judgment

*Eli Richardson* (signature)
Signature of Judge

Eli Richardson, United States District Judge
Name and Title of Judge

June 9, 2025
Date

DEFENDANT: ROMERO BOSTON
CASE NUMBER: 3:24-cr-00108

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
| --- | --- | --- |
| 4 | Unlawful use of controlled substances | 08/26/2024 |
| 5 | Failure to report change of residence to U.S. Probation | 09/23/2024 |
| 6 | Failure to pay special assessment | 10/01/2023 |
| 7 | Commission of state crime | 09/21/2024 |

DEFENDANT: ROMERO BOSTON
CASE NUMBER: 3:24-cr-00108

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :
Time served (64 days)

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: ROMERO BOSTON
CASE NUMBER: 3:24-cr-00108

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

1 year under the same conditions as previously imposed, with two additional conditions:

1. The defendant shall successfully participate in and complete a 28-day inpatient treatment program at Buffalo Valley, Inc.'s facility in Lewisburg, Tennessee and follow all of its rules and regulations.

2. Upon defendant's successful discharge from inpatient treatment, the Defendant will immediately begin residency at the residential re-entry center (RRC) for a period of no less than 120 days, but no more than 180 days, as determined by his Probation Officer. While in residency at the RRC, the defendant shall follow all rules and regulations of the RRC.